**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Ashley Mead, | ) | Case No. 6:21-cv-00469 |
| *Plaintiff,* | ) | |
| | ) | Hon. Thomas J. McAvoy |
| vs. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | Hon. Miroslav Lovric |
| Acting Commissioner of the | ) | United States Magistrate Judge |
| Social Security Administration | ) | |
| *Defendant.* | ) | Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Commissioner will further evaluate the medical evidence of record, take any further action to complete the administrative record, offer Plaintiff an opportunity for a new hearing, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Ashley Mead, |
| By Attorneys | By Attorney |

Carla B. Freedman,
United States Attorney

| | |
|---|---|
| */s/ Amy Bland* | */s/ Peter W. Antonowicz*[1] |
| Amy Bland | Peter W. Antonowicz, Bar Number 101040 |
| Special Assistant United States Attorney | 148 W. Dominick Street |
| Bar Roll No. 701051 | Rome, NY 13440 |
| Social Security Administration | Phone: (315) 337-4008 |
| Office of the General Counsel | peter@disabilitya-z.com |
| J.F.K. Federal Building, Room 625 | |
| Boston, MA 02203 | |

---

[1] Signed by Attorney Amy Bland with permission, provided via e-mail on November 16, 2021.

Amy.bland@ssa.gov
(617) 565-1835

IT IS SO ORDERED.
DATED: November 17, 2021

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge